No. 10–10447. JORDAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10449. JACKSON v. MARBERRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–10454. DeLAZARO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–10459. ANDUJAR-BASCO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10462. DANFORTH v. THIELEN, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–10466. DUNBAR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10477. PREPETIT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–10479. PUPOLS v. PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 10–10484. CARRINGTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10490. MATEO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10496. STACKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10497. ZEMBA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10498. YOUNG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10499. BEGAY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–10500. BRIDGEWATER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10502. LASLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.